# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KIERAN JOSEPH LIEBL, INC. d/b/a ROYAL OAKS DESIGN, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. _____ |
| EAP CONSTRUCTION, LLC, PAULO PINHEIRO, NICHOLE SLINEY REALTY TEAM, INC., and NICHOLE SLINEY, | § § § § § § | |
| Defendants. | § | |

## MOTION FOR ADMISSION PRO HAEC VICE OF LOUIS K. BONHAM, ESQUIRE IN THIS MATTER

**Now comes** Jeffrey S. Baker, Esquire, a member of the Massachusetts bar in good standing, and a member of the Federal District Court of Massachusetts, and hereby moves this Honorable Court for the admission of Louis K. Bonham, Esquire, to practice law before this court in this matter. As grounds therefor, your Moving Party hereby *certifies* and states as follows:

1. Jeffrey S. Baker is a member in good standing of the Massachusetts bar and is licensed to practice law before the Courts of the Commonwealth of Massachusetts since 1985;

1

2. Jeffrey S. Baker is admitted to practice law before the Federal District Court for the Commonwealth of Massachusetts;

3. Jeffrey S. Baker intends to act as local counsel in this matter for Kieran Joseph Liebl, Inc., d/b/a Royal Oaks Design Inc.  As such, attorney Baker seeks to have admitted pro haec vice attorney Louis K. Bonham, Esquire as co-counsel;

4. Louis K. Bonham, Esquire is a member of the bar for the State of Texas in good standing and has been a member of such state bar since November 7, 1986, see Ex. 1 annexed hereto;

   Louis K. Bonham, Esquire is a member in good standing of every jurisdiction where he has been admitted to practice law, including this jurisdiction, where attorney Bonham is admitted pro haec vice for one other matter which is pending before this Honorable Court, Kieran Joseph Liebl, Inc. d/b/a Royal Oaks Design, Inc., v. Indian Farms Estates, Inc. et al., Case No. 1:24-cv-11019-NMG;

5. Louis K. Bonham, Esquire has no disciplinary proceedings pending against him;

6. Louis K. Bonham, Esquire, has familiarized himself with the local rules for the U.S. District Court for the District of Massachusetts;

7. The address of Louis K. Bonham, Esquire, is as follows:

Louis K. Bonham, Esquire
Texas Bar No. 02597700
OSHA BERGMAN WATANABE
& BURTON LLP
1100 Louisiana Street, Suite 4900
Houston, Texas 77002
713.228.8600
*bonham@obwbip.com*

**WHEREFORE,** Your Moving Party, Jeffrey S. Baker, Esquire, hereby moves this Honorable Court for the grant of an order allowing Louis K. Bonham, Esquire, to appear pro haec vice in this matter.

Respectfully submitted,

/s/ *Jeffrey S. Baker*
_____
Jeffrey S. Baker, Esq.
Baker and Assocs.
Suite 100
2 W Hill Pl
Boston MA 02114
617 953 6747
BBO#544929
Bakerlaw@aol.com

**Counsel for Plaintiff,
Kieran Joseph Liebl, Inc.,
d/b/a Royal Oaks Design, Inc.**

September 27, 2024

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Louis Karl Bonham**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 7th day of November, 1986.

I further certify that the records of this office show that, as of this date

**Louis Karl Bonham**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 11th day of March, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 4024C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.